**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jiawonia  L Wright                                        CHAPTER 13
                                    Debtor(s)

                                                                BKY. NO. 24-10548 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the
master mailing list.

        Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
04 Mar 2024, 13:18:57, EST

     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322