**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>JIAWONIA L WRIGHT<br>    Debtor | Case No. 24-10548-pmm |
| Nationstar Mortgage LLC,<br>    Movant | Chapter 13 |
| vs.<br>JIAWONIA L WRIGHT<br>    Respondent | 11 U.S.C. §362 |

**ORDER**

    **AND NOW**, this 7th day of June, 2024, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge