# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> JIAWONIA L WRIGHT <br><br> Nationstar Mortgage LLC, <br>   Movant <br><br> vs. <br><br> JIAWONIA L WRIGHT, <br>   Debtor | Case No. 24-10548-pmm <br> Chapter 13 |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN

Nationstar Mortgage LLC ("Movant"), by and through its legal counsel, hereby withdraws its Objection To Confirmation Of Plan filed on March 14, 2024, Doc # 12.

This 12th day of June, 2024.

*/s/ Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JIAWONIA L WRIGHT<br><br>Nationstar Mortgage LLC,<br>    Movant<br><br>vs.<br><br>JIAWONIA L WRIGHT ,<br>    Debtor | Case No. 24-10548-pmm<br>Chapter 13 |

### **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Objection to Confirmation of Plan has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

BRAD J. SADEK, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com


KENNETH E WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street  Suite 320
Philadelphia, PA 19107


Via First Class Mail:

JIAWONIA L WRIGHT
26 Towpath Road

Levittown, PA 19056

Date: <u>June 13, 2024</u>

                                                     */s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com