# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jiawonia L Wright<br>_Debtor(s)_ | CHAPTER 13 |
| MIDFIRST BANK<br>_Moving Party_<br>vs. | NO. 24-10548 PMM |
| Jiawonia L Wright<br>_Debtor(s)_ | |
| Kenneth E. West<br>_Trustee_ | 11 U.S.C. Section 362 |

## ORDER

AND NOW this **22nd** day of **November**, 2024 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_

Hon. Patricia M. Mayer
United States Bankruptcy Judge