**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| | : | |
| **JIAWONIA L WRIGHT** | | |
| | : | **Case No. 24-10548 (PMM)** |
| **Debtor(s)** | : | |

# O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing

held in this matter on December 10, 2024,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.


**Date: 12/10/2024**
_____

**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**