United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10548-pmm |
| Jiawonia L Wright | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jiawonia L Wright, 26 Towpath Road, Levittown, PA 19056-1514 |
| 14861552 | + | Midfirst Bank, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14861274 | + | Nationstar Mortgage LLC, c/o Andrew Spivack, BROCK & SCOTT, PLLC, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14962269 | + | Nationstar Mortgage LLC, 7515 Irvine Center Drive, Irvine, CA 92618-2930 |
| 14932435 | + | The City of Philadelphia Water Dept., C/O Megan N. Harper, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation and Collections Unit, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 19 2025 03:33:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14856453 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 19 2025 03:40:31 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14872390 | | Email/PDF: bncnotices@becket-lee.com | Feb 19 2025 03:40:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14856454 | + | Email/Text: jvalencia@amhfcu.org | Feb 19 2025 03:34:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14856456 | + | Email/PDF: bncnotices@becket-lee.com | Feb 19 2025 03:40:12 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14917473 | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd, Room 580, Philadelphia, PA 19102 |
| 14904974 | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14856457 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2025 04:01:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14864504 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 19 2025 03:51:20 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 24-10548-pmm    Doc 52    Filed 02/20/25    Entered 02/21/25 00:42:16    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14862172 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 19 2025 03:34:00 | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14856459 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 19 2025 03:34:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14861940 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2025 03:40:35 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14856461 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2025 03:40:34 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14856463 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2025 03:40:21 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14856469 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2025 03:40:12 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14861000 | | Email/Text: mrdiscen@discover.com | Feb 19 2025 03:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14856462 | + | Email/Text: mrdiscen@discover.com | Feb 19 2025 03:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14876700 | | Email/Text: BNCnotices@dcmservices.com | Feb 19 2025 03:33:00 | EMERGENCY CARE SERVICES OF PENNSYLVANIA PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 14856465 | | Email/Text: collectionbankruptcies.bancorp@53.com | Feb 19 2025 03:34:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 14872997 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Feb 19 2025 03:33:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 14856466 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 19 2025 03:33:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14856467 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2025 03:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14910251 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2025 03:34:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14876709 | | Email/Text: BNCnotices@dcmservices.com | Feb 19 2025 03:33:00 | JEFFERSON HEALTH, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 14856468 | ^ | MEBN | Feb 19 2025 03:30:51 | Liberty Lending Llc, Attn: Bankuptcy, 180 Maiden Lane, 28th Floor, New York, NY 10038-4946 |
| 14863592 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2025 03:40:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14870715 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 19 2025 03:40:08 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14856470 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 19 2025 03:33:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14856471 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2025 03:40:10 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14856472 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 19 2025 03:40:19 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14861120 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 19 2025 03:33:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14874392 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 19 2025 03:33:00 | Nationstar Mortgage, LLC, Bankruptcy Department / PO Box 619096, Dallas, TX 75261-9741 |
| 14861119 | + | Email/Text: EBN@brockandscott.com | | |

Case 24-10548-pmm    Doc 52    Filed 02/20/25    Entered 02/21/25 00:42:16    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 19 2025 03:33:00 | Nationstar Mortgage LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14856473 | + | Email/PDF: bankruptcy_prod@navient.com | | |
| | | | Feb 19 2025 03:40:28 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14877607 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 19 2025 03:40:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14857802 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Feb 19 2025 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14867602 | ^ | MEBN | | |
| | | | Feb 19 2025 03:31:02 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14878971 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 19 2025 03:33:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14878600 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Feb 19 2025 03:40:21 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14856478 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 19 2025 03:40:21 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14856479 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 19 2025 03:40:07 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14876814 | | Email/Text: bncmail@w-legal.com | | |
| | | | Feb 19 2025 03:33:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14856480 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Feb 19 2025 03:33:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14857243 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | | Feb 19 2025 03:40:12 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14876575 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Feb 19 2025 03:51:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14856481 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 19 2025 03:33:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14856482 | + | Email/Text: megan.harper@phila.gov | | |
| | | | Feb 19 2025 03:34:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14860941 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Feb 19 2025 03:40:12 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 14856483 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Feb 19 2025 03:40:30 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14856464 | | Elkins Park Orthodonics, PC |
| 14856477 | | Servicemac/mr Cooper |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14856455 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14856458 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| | | |
|---|---|---|
| 14856460 | *+ | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14856474 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14856475 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14856476 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |

TOTAL: 2 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2025                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:**

**Name** | **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com

BRAD J. SADEK
    on behalf of Debtor Jiawonia L Wright brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

MEGAN N. HARPER
    on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

STEPHEN R. STARKS
    on behalf of Creditor Nationstar Mortgage LLC ryan.starks@brockandscott.com wbecf@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Jiawonia L Wright | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 24-10548-PMM |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:**

**February 18, 2025**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**