**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| Jiawonia L Wright | : | Chapter 13 |
|  | : | Case No.: 24-10548-PMM |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: March 26, 2025                /s/ Brad J. Sadek, Esquire
                                     Brad J. Sadek, Esquire
                                     Sadek Law Offices
                                     1500 JFK Boulevard Suite 220
                                     Philadelphia, Pa 19102
                                     215-545-0008